Rakoff, 5

Martin F. Casey, Esq. (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE
COMPANY et al.                                          08 cv 3666 (JSR)

      Plaintiff,

      - against -                                **NOTICE AND ORDER OF**
                                                    **VOLUNTARY DISCONTINUANCE**

A.P. MOLLER-MAERSK A/S etc.

      Defendant.
-----------------------------------------------------------X

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      May 7, 2008

                        **CASEY & BARNETT, LLC**
                        Attorneys for Plaintiff

                By:   *Martin F. Casey*
                        Martin F. Casey (MFC-1415)
                        317 Madison Avenue, 21st Floor
                        New York, New York 10017
                        (212) 286-0225

SO ORDERED:
*[signature]*
U.S.D.J.
5-8-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08